**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/24/20

LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

Honorable Andrew L. Carter, Jr.
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

December 16, 2020

Re: United States v. Johnson, et al. (**Keith McClean**)
  Ind. No.  19 Cr. 828(ALC)

Dear Judge Carter:

   I represent, Keith McClean, in the above matter.  When he was arraigned on the indictment he was not eligible for bail because he was serving a state sentence for an unrelated crime.  As a consequence his bail application was reserved without prejudice.  Mr. McClean is now eligible for bail because he has completed his state sentence which I understand will result in the lifting of a detainer by state authorities.

   Mr. McClean now proposes the following bail-package subject to the Court's approval and with the Government's consent:
   1) A $100,000 personal recognizance bond
   2) Co-signed by three financially-responsible people.
   3) Electronic bracelet
   4) seek employment
   5) Surrender travel documents and no new applications
   6) Drug testing and treatment as directed by Pre-Trial
   7) No contact with co-defendants outside the presence of counsel
   8) Pre-Trial supervision as directed.

   If the Court approve this bail package, hopefully, Mr. McClean will spend the holidays with his family.  Thank you for your consideration.

APH: fms
cc: AUSA Mollie Bracewell and Ryan Finkle
   AUSA Ryan Finkle

Respectfully,

_____s/s_____
Allan P. Haber, Esq.

**The application is GRANTED.
So Ordered.**

*Andrew␣␣Carter*  12/24/20