UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                             -against-

Keith Mc Clean,
-----------------------------------------------------------X

                                         ORDER
                                         20-CR-137 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing set for **March 10, 2022** will take place at **2:00 p.m.**

      SO ORDERED.

Dated: New York, New York
          November 19, 2021

                                             ANDREW L. CARTER, JR.
                                             UNITED STATES DISTRICT JUDGE