```
                                                            USDC SDNY
                                                            DOCUMENT
                    LAW OFFICES OF                          ELECTRONICALLY FILED
                ALLAN P. HABER, ESQ.                        DOC#: _____
                 220 East 73rd Street, Apt. 1DD             DATE FILED: 3/4/22
                  New York, New York 10021
```

**OF COUNSEL**  **TELEPHONE:** 917-374-4666
STEPHANIE CARVLIN, ESQ.  **E-MAIL:** allan@haberesq.com
GEORGES G. LEDERMAN, ESQ.

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

February 10, 2022

Honorable Andrew L. Carter
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: United States v. Johnson, et al. (**Keith McClean**)
    Ind. No. 19 Cr. 828(ALC)

Dear Judge Carter:

My I write to request a new sentencing date for Keith McClean which is currently scheduled for March 10, 2022. Because my mitigation expert has requested additional time to gather records and letter from family, friends, and professionals. The middle of April should be enough time to complete this task. The only times I am unavailable is between April 28, 2022 and May 15, 2022 as I am going to Italy with my wife and airline and hotel tickets have already been purchased for the trip. Any other dates work.

Should the Court grant this request I will notify the parties involved. The government consents to this request. Thank you for your consideration.

Respectfully,
_____/s/_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Mary Bracewell (by email)

The application is **GRANTED.** The sentencing is adjourned to June 2, 2022 at 2 p.m.
So Ordered.

*/s/ Andrew L. Carter*   3/4/22