```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-1-22

ORDER
19-CR-828 (ALC)

-against-

Keith Mc Clean,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

The Sentencing scheduled for July 21, 2022 is adjourned to **August 2, 2022** at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
       June 1, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE