**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/28/22__

LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

June 9, 2022

Honorable Andrew L. Carter
District Court Judge
US Courthouse, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: United States v. Johnson, et al. (**Keith McClean**)
    Ind. No. 19 Cr. 828(ALC)

Dear Judge Carter:

    I write to request a change in the release conditions for Keith McClean based on the attached documents - a consent email letter by Pre-Trial Services to counsel and a second email letter from the Government consenting to the plan suggested by Mr. McClean's Pre-Trial Services counselor.

    Should the Court grant this request I will notify the parties involved. As noted above the government consents to this request. Thank you for your consideration.

Respectfully,
_____/s/_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Mary Bracewell (by email)

The application is **GRANTED**.
So Ordered.

*[Signed] Andrew L. Carter*
6/28/22