USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-7-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

KEITH MC CLEAN,

                Defendant.

------------------------------------------------------------------ x

19-CR-828 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **March 14, 2023** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            March 7, 2023

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**