UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/14/23

------------------------------------x

UNITED STATES OF AMERICA        :
                                :
      -against-                 :               ORDER
                                :
                                :
                                :               19CR828
Keith McClean                   :              _____
                                :               Docket #
------------------------------------x

_Andrew L. Carter, Jr._, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case

_Alan Haber_ is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _Raymond Elvis Gazer_, NUNC-PRO-TUNC _____
Attorney's Name

                    SO ORDERED.

                    _/s/ Andrew L. Carter_
                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         March 14, 2023