**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/20/23__

# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

April 19, 2023

*Via Electronic Court Filing*   --
Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: United States of America versus Keith McClean
          19 Cr. 00828 (ALC)

Your Honor,

    I represent Mr. Keith McClean, the defendant against whom a violation of supervised released hearing is scheduled before the Court tomorrow, April 20th, 2023, at 12 p.m.  The violation stems from a recent arrest in Bronx County.  That matter remains unindicted, and I am still investigating the circumstances surrounding it with his state attorney.  As such, I respectfully request an adjournment of tomorrow's hearing.  I have spoken with both the Government and Probation, and neither have any objection to the request.  If the Court is inclined to grant the request and otherwise available, all parties are free any date during the week of May 15th, except May 16th at 12 p.m.

                              Respectfully submitted,

                              */s/ Raymond Elvis Gazer*
                              Raymond Elvis Gazer, Esq.

CC:    The Government
         *Via ECF*

The application is **GRANTED**.  The violation of supervised release hearing is adjourned to 5/18/23 at 3:30 p.m.  So Ordered.

*/s/ Andrew L. Carter*  4/20/23