MEMO ENDORSED

# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-17-23

Raymond Elvis Gazer, Esq.
_____

May 17th, 2023

*Via Electronic Court Filing*   --
Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:  United States of America versus Keith McClean
           19 Cr. 00828 (ALC)

Your Honor,

    I represent Mr. Keith McClean, the defendant against whom a violation of supervised released hearing is scheduled before the Court tomorrow, May 18th, 2023, at 3:30 p.m.  I write to again ask that this hearing be adjourned.  The underlying state criminal matter in the Bronx from which this violation resulted still remains unindicted.  Further, since his state court attorney needs to be relieved, I am unable to fully investigate the substance of the matter.  To that end, I intend to ask the state court to appoint me as Mr. McClean's attorney *there* pursuant to New York County Law Article 18-b, which should streamline all matters going forward.

    In light of this, I think an adjournment beyond his next state court appearance of June 12th, 2023, is appropriate.  Neither the Government nor Probation have any objection to this request.

    .

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC:   The Government
      U.S. Probation
      *Via ECF*

The application is granted. The Violation of Supervised Release Hearing is adjourned to 6-29-23 at 4:00 p.m. So Ordered.

*Andrew L. Carter Jr.*
5-17-23