```
                                                          USDC SDNY
                                                          DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                              FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#:  _____
------------------------------------------------------------- x  DATE FILED: 9-21-23
UNITED STATES OF AMERICA,                        :
                                                 :
                        Plaintiff,               :
                                                 :       19-CR-828 (ALC)
        -against-                                :
                                                 :       ORDER
KEITH MC CLEAN,                                  :
                                                 :
                        Defendant.               :
                                                 :
                                                 :
------------------------------------------------------------- x
```

ANDREW L. CARTER, JR., District Judge:

Today's Violation of Supervised Release Hearing is adjourned to **October 26, 2023** at 12:30 p.m.

SO ORDERED.

Dated:      New York, New York
            September 21, 2023

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**