MEMO ENDORSED    Case 1:19-cr-00828-ALC   Document 275   Filed 10/25/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/25/23__

# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

October 25th, 2023

*Via Electronic Court Filing*
Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: United States of America versus Keith McClean
      19 Cr. 00828 (ALC)

Your Honor,

  I represent Mr. Keith McClean, the defendant against whom a violation of supervised released hearing is scheduled before the Court tomorrow, October 26th, 2023, at 12:30 p.m. I write to again update the Court on the status of Mr. McClean's pending state criminal case, the allegations of which form the basis of the instant proceeding, and to ask that the upcoming hearing again be adjourned.

  The state criminal matter has been adjourned until January 11th, 2024, for a final discovery conference prior to hearings and trial. Further, I am currently engaged in a jury trial in State Supreme Court in the Bronx. In light of this, I think an adjournment beyond his next state court appearance is again appropriate to determine the outcome of the state matter. The Government has no objection to this request.

           Respectfully submitted,

           *Raymond Elvis Gazer*

Raymond Elvis Gazer, Esq.

CC:     The Government
        U.S. Probation
        *Via ECF*

The application is **GRANTED**. The violation of supervised release hearing is adjourned to 1/30/24 at 12:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*
10/25/23