USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-23-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

     -against-                                    19-CR-828 (ALC)

KEITH MC CLEAN,                              **ORDER**

                      Defendant.

----------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Violation of Supervised Release Hearing set for March 5, 2024 is adjourned to 3:30 p.m.

SO ORDERED.

Dated:     New York, New York
             February 23, 2024

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**