**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/18/24__

# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
─────────────────────

June 14th, 2024

*Via Electronic Court Filing*
Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:  United States of America versus Keith McClean
           19 Cr. 00828 (ALC)

Your Honor,

    I represent Mr. Keith McClean, the defendant against whom a violation of supervised released hearing was scheduled before the Court on June 13th, 2024, at 4:00 p.m.  While I had alerted the parties that the underlying state matter had yet to be resolved and was scheduled for pretrial hearings and trial on July 23rd, 2024, I was unable to formally submit a request for an adjournment prior to June 13th.  I apologize for that omission.

    Given that the Violation of Supervised Release pending before this Court is predicated upon the state matter, I would again respectfully request an adjournment to a date sufficiently beyond July 23rd, so that defendant can attempt to resolve the state matter.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC: The Government
U.S. Probation
*Via ECF*

The application is **GRANTED**.  The violation of supervised release hearing is adjourned to 8/22/224 at 12:00 p.m.
So Ordered.

*Andrew L Carter*  **6/18/24**