```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-10-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

                19-CR-828 (ALC)

- v. -

KEITH MC CLEAN,

                ORDER

                Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The Violation of Supervised Release Hearing set for October 17, 2024, at 2:00 p.m. is rescheduled to **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           October 10, 2024

                                          ANDREW L. CARTER, JR.
                                          United States District Judge