USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-19-24_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

KEITH MC CLEAN,

               Defendant.

---------------------------------------------------------------- x

19-CR-828 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is scheduled for **December 5, 2024,** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 19, 2024

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**