USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-30-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

KEITH MC CLEAN,

                Defendant.

------------------------------------------------------------------ x

19-CR-828 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing scheduled for January 9, 2025, is adjourned to **January 14, 2025, at 3:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            December 30, 2024

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**