USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/13/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,                          19 Cr. 828 (ALC)

**ORDER**

    -against-

KEITH MC CLEAN,

-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    The Violation of Supervised Release Hearing set for January 14, 2025, is adjourned to **February 18, 2025,** at **3:00 p.m.**

SO ORDERED.

Dated: New York, New York
       January 13, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE